1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELSIE HELLSTROM,

          Plaintiff,

    v.

HOLLAND AMERICA LINE-WESTOURS,
INC., et al.,

          Defendants.

CASE NO. C04-1982C

ORDER

This matter comes before the Court on the parties' Stipulation for Dismissal of All Claims With Prejudice (Dkt. No. 11).  The Court hereby VACATES the Order of Dismissal (Dkt. No. 10).  Pursuant to the parties' Stipulation, all of Plaintiff's claims against Defendants are DISMISSED with prejudice and without fees or costs to any party.

SO ORDERED this  12th  day of August, 2005.


_____
UNITED STATES DISTRICT JUDGE

ORDER – 1